**Order entered October 15, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01193-CV

### JUANITA J. GAROFALO, Appellant

### V.

### CHECK INTO CASH OF TEXAS, LLC, Appellee

**On Appeal from the County Court at Law No. 6**
**Collin County, Texas**
**Trial Court Cause No. 006-1473-2012**

## ORDER

Before the Court is appellant's October 3, 2013 pro se letter request that the clerk's record in this case be "remanded, forwarded, and appropriately filed with the Texas Supreme Court at Austin, Texas." Appellant also requests a copy of the clerk's record for her personal record. She cites Rule 52.7(a)(1) of the Texas Rules of Appellate Procedure regarding Original Proceedings as support for her contention that the clerk's record must be filed at the time she files her Petition for Review.

We **DENY** appellant's request to the extent she requests we file the clerk's record with the Texas Supreme Court at this time. Rule 54.2 of the Texas Rules of Appellate Procedure provides that for Petitions for Review, the court of appeals clerks must not send the record to the supreme court unless it is requested by the supreme court clerk. *See* TEX. R. APP. P. 54.2(a).

To the extent appellant requests a copy of the clerk's record for her personal record, we note that local rule 4(2)(a) provides that an electronically-filed record will be provided in CD format to the attorney of record. 5th Tex.App. (Dallas) Loc. R. 4(2)(a). Appellant may therefore contact the Clerk of the Court to obtain a copy of the clerk's record in CD format without an order of the Court.

/s/    DAVID EVANS
        JUSTICE